UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AZHER HABIB SALIKUDDIN | Case No. 18-MJ-123(DAR) |

**FILED**

**OCT 1 0 2018**

Clerk, U.S. District and
Bankruptcy Courts

### GOVERNMENT'S PROFFER OF PROOF IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully submits the following Proffer of Proof in Support of a Proposed Plea of Guilty by the defendant to an Information filed in this matter.

**I.     ELEMENTS OF THE OFFENSE**

To sustain a conviction for a violation of 18 U.S.C. Section 641, the government must prove the following:

> (1) the defendant embezzled, stole, purloined or knowingly converted to his use or the use of another or, without authority, sold conveyed or disposed of;
>
> (2) any record, voucher, money or thing of value;
>
> (3) which was the property of the United States or of any Department or agency thereof.

For purposes of this statute, the term "thing of value" encompasses intangible property.[1]

---

[1] *See, e.g., United States v Collins*, 56 F.3d 1416 (D.C. Cir. 1995).

## II.  SUMMARY OF FACTS

SALIKUDDIN was employed by the United States government National Geospatial-Intelligence Agency ("NGA") from about February 2009 until about September 2016. To conduct his official duties at NGA, SALIKUDDIN was required to hold a U.S. Government TOP SECRET ("TS") // SENSITIVE COMPARTMENTED INFORMATION ("SCI") clearance. He received the aforementioned clearance on or about February 2, 2009.

SALIKUDDIN was detailed to the FBI Weapons of Mass Destruction Directorate (WMDD) from on or about May 6, 2013 to on or about July 11, 2014. As an FBI Detailee, the FBI accepted SALIKUDDIN's NGA TS//SCI clearance. On or about May 6, 2013, as an FBI Detailee, SALIKUDDIN signed the following FBI security documents: FD-857 Sensitive Information Nondisclosure Agreement; FD-835 Security Acknowledgement Form; FD-868 Nondisclosure Agreement for Joint Task Force Members, Contractors, Detailees, Assignees, and Interns; FD-889 FBI Information Technology and Information Systems Rules of Behavior for General Users Agreement Form; FD-1001 Consent for Warrantless Searches of Department of Justice Workplaces; and OSO-401 Security Awareness Briefing (SAB) Acknowledgement. SALIKUDDIN was debriefed on or about July 11, 2014 and signed the FBI FD-857 Sensitive Information Nondisclosure Agreement, Security Debriefing Acknowledgment form.

While detailed to the FBI, SALIKUDDIN had access to FBI computer networks including "Sentinel," the FBI's electronic case file system.

On or about May 7, 2014 at approximately 1:52p.m. Eastern Standard Time (EST), SALIKUDDIN conducted an FBI record check in Sentinel to determine if SALIKUDDIN's relative, hereinafter called "Individual A," was being investigated by the FBI. SALIKUDDIN's Sentinel record check returned multiple FBI documents from a then-ongoing classified FBI

investigation, which revealed that Individual A was the subject of that investigation and was under surveillance by law enforcement. In total, SALIKUDDIN reviewed three documents from the FBI investigative file relating to Individual A. SALIKUDDIN was concerned that his own security clearance would be jeopardized by Individual A's activities.

SALIKUDDIN understood that the existence of the investigation was a fact that was a thing of value to the FBI. Between on or about May 7, 2014 and on or about December 18, 2014, SALIKUDDIN converted this fact to his own use by passing that fact on to a family member, with the intent that family members counsel Individual A to cease certain activities of concern. SALIKUDDIN had no work-related purpose for conducting the search or for reviewing the documents that resulted from the search, or for passing information regarding the existence of the investigation to a family member; he did so for his own benefit and the benefit of his family. Further, SALIKUDDIN understood that the acts of performing the Sentinel search outlined here, reviewing the resulting documents, and passing on information gleaned thereby violated agreements that SALIKUDDIN signed, as well as regulations in place, and federal law.

SALIKUDDIN performed searches in Sentinel of names for personal reasons on two other occasions. On or about March 31, 2014, at approximately 1:20pm EST, SALIKUDDIN conducted a record check in the FBI Sentinel database using a specific name, referred to here as "Individual B." The results of SALIKUDDIN's FBI Sentinel record check returned a document detailing the FBI's interview of Individual B. Computerized records of searches of FBI case files reveal that, on or about May 30, 2014 at approximately 3:01 pm EST, SALIKUDDIN conducted a record check in the FBI Sentinel database using another name, for

personal reasons, that produced no results.

                        Respectfully submitted,

                                JESSIE K. LIU
                                United States Attorney
                                D.C. Bar No. 472845

BY: _____
        Thomas A. Gillice
        Assistant United States Attorney
        D.C. Bar # 452336
        555 4th Street, NW
        Washington, DC 20530
        202-252-1791
        thomas.gillice@usdoj.gov

                and

_____
Matthew Walczewski
Il. Bar # 6297873
Trial Attorney
Counterintelligence
  and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
202-307-5176
matthew.walczewski@usdoj.gov

### *Defendant's Acceptance*

I have read each of the pages which constitute the government's Proffer of Proof and have discussed it with my attorney, Steve McCool, Esquire. I fully understand this proffer and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in my plea agreement. I am satisfied with the legal services provided by my attorney in connection with this proffer and my plea agreement and matters related to it.

Date: 28 September 2018

_____
Azher Salikuddin,
Defendant

### *Attorney's Acknowledgment*

I have read each of the pages which constitute the government's Proffer of Proof, reviewed them with my client, and discussed the provisions of the proffer with him, fully. These pages accurately and completely set forth the government's proof as I understand it.

Date: 10/2/18

_____
Steve McCool, Esquire
Attorney for Azher Salikuddion