CO 526 Rev 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 10 2018

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 18-123M (DAR) |
| ) | |
| Azher Habib Salikuddin ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: October 10, 2018
Deborah A. Robinson
United States Magistrate Judge