**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) |
| **AZHER SALIKUDDIN,** | )   Case No. 18-mj-123 (DAR) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF CHANGE OF FIRM

Defendant Azher Salikuddin, by and through his undersigned counsel, hereby notifies this Honorable Court, the Clerk of this Court, and the parties of record, that Steven J. McCool, Esquire, who is admitted or otherwise authorized to practice law in this court, is now associated with McCool Law PLLC.  Mr. McCool's updated contact information is as follows:

    Steven J. McCool
    McCool Law PLLC
    1776 K Street, NW
    Suite 200
    Washington, DC  20006
    Telephone:  (202) 450-3370
    Fax:  (202) 450-3346
    Email:  smccool@mccoollawpllc.com

                                                                                              Respectfully submitted,

                                                                                               _/s/ Steven J. McCool_
                                                  STEVEN J. McCOOL
                                                  D.C. Bar No. 429369
                                                  McCOOL LAW PLLC
                                                  1776 K Street, N.W., Suite 200
                                                  Washington, D.C. 20006
                                                  Telephone:  (202) 450-3370
                                                  Fax:  (202) 450-3346
                                                  smccool@mccoollawpllc.com

                                                  _Counsel for Azher Salikuddin_

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of January 2019, the foregoing Notice of Change of Firm was served by electronic filing upon:

Thomas Gillice
Assistant United States Attorney
Office of the United States Attorney
   for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

                                          /s/ Steven J. McCool
                                         STEVEN J. McCOOL